UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SONIA SUAREZ DURAN, et al.,

    Plaintiffs,

    v.

THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,
et al.,

    Defendants.

Civil No. 97-2542 (JAF)

# O R D E R

Trial in this case shall be held on **April 10, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)