1800-49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SONIA SUAREZ DURAN AND<br>Her husband RAMON MELENDEZ<br><br>Plaintiffs<br><br>v.<br><br>THE GOVERNMENT OF THE<br>COMMONWEALTH OF PR, ET ALS<br><br>Defendants | CIVIL NO. 97-2542 (JAF)<br><br><br><br>ACTION FOR NEGLIGENCE<br>PLAINTIFFS DEMAND TRIAL<br>BY JURY |

## JUDGMENT

The parties, having reached a Settlement Stipulation wherein the defendant Universal Insurance Company agrees to pay to plaintiffs Sonia Suárez Duran and Ramón Meléndez the amount of ONE HUNDRED FORTY SIX THOUSAND DOLLARS ($146,000.00) without costs and/or assessment of attorneys' fees, and after reviewing the terms of said Settlement Stipulation, this Court expressly approves same and accordingly enters judgment thereon in favor of plaintiffs Sonia Suárez Duran and Ramón Meléndez against the defendant Universal Insurance Company for the amount of ONE HUNDRED FORTY SIX THOUSAND DOLLARS ($146,000.00) for plaintiffs' personal injuries and all other damages suffered as a result of the October 27, 1996 accident, without costs and/or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of March, 2000.

_____
U.S. DISTRICT JUDGE